984 A.2d 937

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David SNYDER, Petitioner.**

**No. 132 EM 2009.**

Supreme Court of Pennsylvania.

Dec. 10, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of December, 2009, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of our order.

984 A.2d 937

**Emanuel BEATTY, Petitioner**

v.

**TEMPLE UNIVERSITY, et al., Respondents.**

**No. 115 EM 2009.**

Supreme Court of Pennsylvania.

Dec. 10, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of December, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, the Petition to Supplement the Record, and the "Motion for Sanctions and to Quash Petition to Supplement the Record of the Permission for Allowance of Appeal" are **DENIED.**